## CLARKE v. ASMUS BOYSEN MINING CO. et al.

(Circuit Court of Appeals, Eighth Circuit.    September 18, 1920.)

No. 5356.

**Equity ☞295—Supplemental petition for damages subsequent to accounting proper.**

In a suit to establish a trust in land, in which there was an accounting, plaintiff can, after final decree and appeal therefrom, file a supplemental petition for damages for the deprivation of his property which accrued subsequent to the accounting, though he could not file such petition for damages which he could have claimed on the accounting.

Appeal from the District Court of the United States for the District of Wyoming; John A. Riner, Judge.

On petition for rehearing, and application for modification of the decree. Decree modified, and rehearing denied.

For former opinion, see 264 Fed. 492.

Before CARLAND and STONE, Circuit Judges, and ELLIOTT, District Judge.

PER CURIAM. The petition for rehearing and the application for modification of the decree heretofore ordered are denied, except that the opinion handed down in this case and the decree ordered therein are modified in the respects following, and in those only, to wit:

That the decree of the trial court, denying leave to file the second supplemental petition, be reversed, for the sole purpose of permitting appellant an opportunity to recover any damages arising from deprivation of the property involved, which damages, if any, have arisen since the closing date of the accounting heretofore rendered, and that the amount, if any, of such damages, be considered in striking the balance provided for in the order of this court upon this appeal.